CODDING *v.* MOORE and Another.

A *scire facias* to have execution in the Circuit Court on a justice's transcript, &c. issued in the names of *Moore* and *Whitaker*, plaintiffs,—the justice's judgment being in the same names. *Held*, that the *scire facias* could not be sustained.

ERROR to the *La Grange* Circuit Court.

BLACKFORD, J.—*Scire facias* in the names of *Moore* and *Whitaker* against *Thayer H. Codding*, to show cause why execution should not issue on a justice's judgment against the defendant's lands. The *scire facias* states that the plaintiffs, *Moore* and *Whitaker*, had obtained a judgment against the defendant before a justice of the peace; that an execution had been issued on the judgment, and returned *nulla bona;* that a transcript, &c. had been filed in the office of the clerk of the Circuit Court, &c. General demurrer to the *scire facias*, and judgment for the plaintiffs awarding execution.

This judgment is erroneous. The *scire facias* should have issued in the christian names as well as surnames of the plaintiffs, and should have contained an averment that the plaintiffs were the same persons that, by the names of *Moore* and *Whitaker*, had obtained the judgment on which the *scire facias* was founded. See *Jones et al.* v. *Martin, May* term, 1840. *Downard et al.* v. *Sluder, May* term, 1841. The demurrer should have been sustained.

*Per Curiam.*—The judgment is reversed with costs. Cause remanded, &c.

*D. H. Colerick* and *W. H. Coombs*, for the plaintiff.

*H. Cooper*, for the defendants.